In the Matter of JOHN ROMANER, Appellant, against ALBERT WILLIAMS, as Acting Police Commissioner of the City of New York, Respondent.

Submitted September 30, 1946; decided October 10, 1946.

*Noah Seedman* for motion.

*John J. Bennett, Corporation Counsel (Henry J. Shields* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the application was not made within the time specified by subdivision 3 of section 592, of the Civil Practice Act.